No. 75–376. GRIPPE *v.* FRANK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied. 

No. 75–381. CHACON ET AL. *v.* GRANATA ET AL. C. A. 5th Cir. Certiorari denied. 

No. 75–383. CITY OF LOUISVILLE ET AL. *v.* GLASSON. C. A. 6th Cir. Certiorari denied. 

No. 75–394. BOARD OF EDUCATION OF CITY OF DETROIT ET AL. *v.* MILLIKEN, GOVERNOR OF MICHIGAN, ET AL. C. A. 6th Cir. Certiorari denied. 

No. 75–397. LOUIE, DBA WATERHOLE #1 *v.* DEPARTMENT OF ALCOHOLIC BEVERAGE CONTROL OF CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 75–399. NORMAN *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied. 

No. 75–410. COWLES COMMUNICATIONS, INC. *v.* ALIOTO, MAYOR OF SAN FRANCISCO. C. A. 9th Cir. Certiorari denied. 

No. 75–412. PHILLIPS PETROLEUM CO. *v.* ADAMS; PHILLIPS PETROLEUM CO. *v.* FIRST NATIONAL BANK OF BORGER; and PHILLIPS PETROLEUM CO. *v.* RIVERVIEW GAS COMPRESSION CO. C. A. 5th Cir. Certiorari denied. 

No. 75–450. PORTER *v.* NOSSEN ET AL. C. A. 3d Cir. Certiorari denied. 

No. 75–460. COTTEN ET AL. *v.* TREASURE LAKE, INC. ET AL. C. A. 6th Cir. Certiorari denied.